❑ Original     ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>Information associated with three Facebook accounts, )<br>more fully described in Attachment A. )<br> ) | Case No.  21-899M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     June 30, 2021     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Nancy Joseph _____ .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*     ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:     June 16, 2021 @ 2:02 p.m.     *[signature]*
_____
*Judge's signature*

City and state:   Milwaukee, WI     Honorable Nancy Joseph, Magistrate Court Judge
_____
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information between February 10, 2021, and the present date associated with the Facebook accounts:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| antonio.sampson.1 | 100027855992021 | Antonio Sampson |
| cash.mitch.9 | 100006290264343 | DeQuinn Ford (Cash Mitch Da Demon) |
| Mstoshortlovingmythree | 100053173091877 | Danielletoshort Jones |

# ATTACHMENT B

## Particular Things to be Seized

**Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a. All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

d. All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e. All other records of communications and messages made or received by the user, including all encrypted or private messages, chat history, video calling history, and pending "Friend" requests;

f. All "check ins" and other location information;

g. All IP logs, including all records of the IP addresses that logged into the account;

h. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i. All information about the Facebook pages that the account is or was a "fan" of;

j. All past and present lists of friends created by the account;

k. All records of Facebook searches performed by the account;

l. All audio messages sent by the account and messages received by the account;

m. All video messages sent by the account and to the account;

n. Any and all location data that is recorded by Facebook related to the account;

o. All information about the user's access and use of Facebook Marketplace;

p. The types of service utilized by the user;

q. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

r. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

s. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

2

**Information to be seized by the government**

All information described above that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery), 924(c) (use and brandishing of a firearm during a crime of violence) and 2, and 371 (conspiracy to commit Hobbs Act robbery); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute methamphetamine) and 856(a)(1) (maintaining drug-involved premises); and Title 18, United States Code, 924(c) (possession of a firearm in furtherance of drug trafficking) since February 10, 2021, to the present, including, for each user ID identified on Attachment A, information pertaining to the following matters:

a. The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between the suspects and others related to the relevant offense conduct in the above-listed crimes, communications related to travel, and communications related to the purchase of firearms or any other property;

b. Photographs or videos of firearms, ammunition, firearm accessories, narcotics, drug paraphernalia, or clothing in the suspect(s) possession or subject to the above-listed crimes;

c. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

e. The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the above-listed crimes, including records that help reveal their whereabouts.

3

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**Information associated with three Facebook accounts,<br>more fully described in Attachment A.** | )<br>)<br>)   Case No.   21-899M(NJ)<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| See Attached Affidavit | See Attached Affidavit |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mary D. Davidson, Special Agent - FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means).*

Date: June 16, 2021 @ 2:02 p.m.

*Judge's signature*

City and state: Milwaukee, WI

Honorable Nancy Joseph, Magistrate Court Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Mary Davidson, being first duly sworn, state the following is true and correct to the best of my knowledge and belief:

## I.    INTRODUCTION, BACKGROUND, TRAINING, AND EXPERIENCE

1.    I make this affidavit in support of an application for a search warrant for information associated with three Facebook user IDs that are stored at premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user IDs.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2019.  Since October 2019, I have been assigned to the Milwaukee FBI Violent Crime Task Force, a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including bank robberies, commercial robberies, armed motor vehicle robberies, and other violent crime matters, defined under Title 18 of the United States Code.  I have participated in the investigation of numerous violent crimes, including armed bank robberies, armed motor vehicle robberies, and armed commercial robbery investigations in violation of Title 18, United States Code, Sections 924(c), 1951, 1956, 1957, 2113, and 2, and other related offenses. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, cellular telephone extractions, interviews, DNA collection, and debriefs of arrested subjects. As a result of

this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3. During the course of my career, I have had trainings regarding the use of social media in relation to criminal investigations. Specifically, I have received instruction regarding the use of social media sites by criminal elements. Additionally, I have conducted previous criminal investigations in which internet research that I conducted yielded the use of social media by suspects. Specifically, I know from my training and experience that alleged suspects of criminal activity, who have accounts on social media websites, will often communicate their criminal intentions or past activity via "instant message" or "in-box message" on a given social media website. The "instant message" / "in-box message" is a private communication from one user to another. Furthermore, I know through experience that many social media users often use social media websites as their primary means to communicate with others. Additionally, I know from training and experience that suspects who use social media websites sometimes post photographs of themselves possessing incriminating items, such as large amounts of cash, narcotics, and firearms. Also, suspects in criminal investigations have been known to post statements on social websites referencing their own criminal activity.

4. I have conducted and/or assisted with investigations of violent crime violations in conjunction with agents and officers from other jurisdictions, and have received training from these agents and officers in conducting these investigations. I have also conducted and/or assisted with investigations that have led to the arrest of persons for violations of law dealing with commercial robberies.

5. This affidavit is based upon my personal knowledge, training and experience, and on information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit

2

is also based upon my review of police reports, official records, citizen witnesses' statements, consent searches, recorded statements, law enforcement surveillance, surveillance video, social media, court records, telephone records, and public records which I consider to be reliable as set forth herein. The facts of this Affidavit are based upon information obtained from my investigation, as well as information I have received from other law enforcement officers.

6.      Based on the investigation to date, I submit that there is probable cause to believe that Antonio Sampson (DOB XX/XX/1985), DeQuinn Ford (DOB XX/XX/1990), and Daninelle Jones (DOB XX/XX/1992) conspired with one another and others to commit and committed a series of armed robberies of auto parts stores in Milwaukee, Wisconsin, between February 24, 2021, and May 10, 2021, in violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery) and 924(c) (use and brandishing of a firearm during a crime of violence) and 2 and 371 (conspiracy to commit Hobbs Act robbery). I further submit that there is probable cause to believe that on or about May 14, 2021, DeQuinn Ford committed violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute methamphetamine) and Title 18, United States Code, 924(c) (possession of a firearm in furtherance of drug trafficking). Further, I submit that there is probable cause to believe that on or about May 14, 2021, Daninelle Jones committed violations of Title 21, United States Code, Sections 856(a)(1) (maintaining drug-involved premises).

7.      Because this affidavit is submitted for the limited purpose of a obtaining a search warrant, I have not included each and every fact known to me concerning this investigation.  I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the warrant.

## II.      IDENTIFICATION OF ITEMS TO BE SEARCHED

8.      I seek authorization to search the following Facebook accounts:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| antonio.sampson.1 | 100027855992021 | Antonio Sampson |
| cash.mitch.9 | 100006290264343 | DeQuinn Ford (Cash Mitch Da Demon) |
| Mstoshortlovingmythree | 100053173091877 | Danielletoshort Jones |

## III.    PROBABLE CAUSE

9.      I am involved in the investigation of a series of armed robberies of auto parts stores in Milwaukee, Wisconsin, between at least February 24, 2021, and May 10, 2021.  All of the auto parts stores included in this affidavit are businesses involved in interstate commerce, and the below-described robberies affected interstate commerce.

**Armed Robbery of Advance Auto Parts, North Teutonia Avenue, Milwaukee – February 24, 2021**

10.     On February 24, 2021, at approximately 8:58 p.m., an armed robbery occurred at the Advance Auto Parts located at 4810 North Teutonia Avenue, Milwaukee, Wisconsin. One unidentified male subject entered the store, picked up fuses from an aisle, and went to the cash register with the fuses. The victim employee at the register began to ring up the fuses when the subject stated, "I hate to do this to another black man, but I need the money." The subject then drew a silver handgun from his right pocket and demanded money from the register. The victim employee complied and gave the subject approximately $1,400 in U.S. currency. The subject then fled the store.

11.     The subject was described as a black male, 20-25 years old, 5'10" in height, 175 pounds, and armed with a silver handgun.

4

**Armed Robbery of AutoZone, North 76th Street, Milwaukee – March 11, 2021**

12.     On March 11, 2021, at approximately 6:55 p.m., an armed robbery occurred at AutoZone located at 7377 North 76th Street, Milwaukee, Wisconsin. Two unidentified male subjects entered the business and demanded and obtained money from the safe. Subject #1 asked where the safe was located and held a silver over black handgun in both of his hands, pointed the gun at a victim employee's chest, and cocked the gun. The victim employee walked the subjects to the location of the safe and observed another victim employee counting down the money. Subject #1 stated, "We want everything," and told the victim employees that they only came for the money belonging to the store and that they were not going to take anything belonging to the employees. Subject #2 took money from the safe and placed it into a paper McDonalds bag. Subject #1 then removed the change from the safe. Subject #1 told the victim employees, "Thank you for your cooperation," and the subjects fled from the business. The subjects obtained approximately $2,940 in U.S. currency.

13.     Subject #1 was described as a black male, approximately 28-30 years old, approximately 5'07," 140 pounds, medium build, dark skin complexion, and armed with a silver over black handgun. According to surveillance video, Subject #1 held the handgun primarily in his left hand.  Subject #2 was described as a black male, 30-33 years old, approximately 6'01," 175 pounds, medium build, and medium-brown skin complexion, and carrying a brown McDonald's bag.

**Armed Robbery of AutoZone, West North Avenue, Milwaukee – April 1, 2021**

14.     On April 1, 2021, at approximately 8:37 p.m., an armed robbery occurred at the AutoZone located at 2475 West North Avenue, Milwaukee, Wisconsin. Two subjects entered the business and demanded and obtained money from the safe. The subjects stated multiple times to the victim employees, "We are not here to hurt you, we just want the money, the money is insured."

5

Subject #1 brandished a firearm during the robbery and pointed it at the victim employees. Subject #1 threw a black and red draw-string backpack at one of the victim employees and demanded she place the money in the bag. The victim employee complied, however, Subject #1 told her she was moving too slowly, so he took the backpack from her and took money from the safe and put it into the backpack. After obtaining the money, the subjects fled from the business. The subjects obtained approximately $1,800 in U.S. currency.

15. Subject #1 was described as a black male, approximately 28-32 years old, approximately 5'08" in height, approximately 140 pounds, medium build, and medium-brown skin complexion, and was armed with a black revolver with a brown handle in his left hand and the gun was cocked. Subject #2 was described as a black male, approximately 28-32 years old, approximately 5'04" in height, approximately 140 pounds, medium build, and medium-brown skin complexion.

**Armed Robbery of AutoZone, West North Avenue, Milwaukee – April 23, 2021**

16. On April 23, 2021, at approximately 8:22 p.m., an armed robbery occurred at the AutoZone located at 2475 West North Avenue, Milwaukee, Wisconsin, which is the same location that was robbed on April 1, 2021. One unidentified subject with a gun entered the business and demanded and obtained money from the safe. The subject stated, "I need everything in the back. I don't need anything from you. Take me to the safe." One of the victim employees took the subject to the back area where the safe was located. The subject handed a black plastic bag to one of the victim employees and instructed the employee to remove the money from the safe and to place it into the plastic bag. The employee complied and emptied out the money tills into the plastic bags. After obtaining the money, the subject fled from the business. The subject obtained approximately $909 in United States Currency.

17.     The subject was described as a black male, in his 30's, 5'08"-5'10" in height, average build, dark skin complexion, and armed with a black handgun in his left hand.

**Armed Robbery of AutoZone, West North Avenue, Milwaukee – April 30, 2021**

18.     On April 30, 2021, at approximately 8:15 p.m., an armed robbery occurred at the AutoZone located at 2475 West North Avenue, Milwaukee, Wisconsin, which is the same location that was robbed on April 1, 2021, and April 23, 2021. Two unidentified subjects entered the business and demanded and obtained money from the safe.  Subject #1 entered the business holding a black handgun in his left hand while Subject #2 stayed by the entrance door, acting as a lookout. Subject #1 approached the victim employees at the counter and stated, "All right come on." Subject #1 and the employees went to the rear room where the safe was located. Subject #1 had a black backpack and asked one of the victim employees to fill the backpack with cash from the safe.  The victim employee told Subject #1 he could fill the bag himself.  Subject #1 filled the bag with the money from the safe, to include the coins. The subjects fled westbound out of the store.  One of the victim employees observed the subjects meet up with a third subject, and all three subjects ran westbound. The subjects obtained approximately $1,503.80 in U.S. currency.

19.     Subject #1 was described as a black male, approximately 35 years old, approximately 5'08" in height, thin build, and armed with a black semi-automatic handgun in his left hand.  Subject #2 was described as a black, male, in his 40's, approximately 5'08"-5'10" in height, approximately 180 pounds, medium build, and bald, wearing blue pants.

**Armed Robbery of AutoZone, North 76th Street, Milwaukee – May 6, 2021**

20.     On May 6, 2021, at approximately 8:48 p.m., an armed robbery occurred at the AutoZone located at 7377 North 76th Street, Milwaukee, Wisconsin. One unidentified subject entered the business and demanded money from the cash register and safe. The subject had an all-black handgun in his left hand, approached the victim employees standing at the cash register,

pointed the gun at them, and demanded money from the cash register. The subject then stated, "Let's go to the safe." One of the employees took the subject to the back room where the safe was located, however, no money was obtained from the safe because it was on a time lock. The subject then went back to the cash register and obtained approximately $579 in U.S. currency from the cash register and fled from the store.

21. The subject was described as a black male, approximately 25-30 years old, 5'08" to 5'10" in height, 150-160 pounds, medium build, short "nappy" hair, medium to dark complexion, wearing a blue facemask, black hooded sweatshirt with hood up, blue oversized jeans, black backpack, and armed with a large, black handgun.

**Armed Robbery of Advance Auto Parts, West National Avenue, Milwaukee – May 10, 2021**

22. On May 10, 2021, at approximately 8:36 p.m., an armed robbery occurred at the Advance Auto Parts located at 1920 West National Avenue, in Milwaukee, Wisconsin. Immediately upon entering the store, the subject went behind the counter and brandished a firearm. The subject instructed Employee #1 to open the cash register while pointing the firearm at Employee #1. Employee #1 responded that he was unable to. At some point the subject told the victim that he would shoot him if he didn't stop moving around. The subject then ordered another employee to open the register and safe. The subject removed money from the registers, and had the employee remove the money from the safe and put it in an Advance Auto Parts bag. The subject fled the store on foot. The robbery was captured on surveillance footage.

23. A Milwaukee County Transit System (MCTS) bus driving down National Avenue just before the robbery had surveillance footage that captured the robbery subject exit a vehicle immediately before the robbery. The vehicle was a light brown or gold 2003 Chevy Impala (hereinafter referred to as Impala), with Wisconsin license plate ALA-5187. This vehicle is registered to Daninelle Jones (hereinafter Jones) with a registered address of 2477 West Fond du

8

Lac Avenue, Milwaukee, Wisconsin. The footage shows the suspect exit a right-side passenger seat of the suspect vehicle, while the vehicle is stopped at the red light on National Avenue. The suspect is wearing the exact same clothing as the robber. After exiting the suspect vehicle, the suspect crossed National Avenue and walked into the entrance doors of Advance Auto Parts to commit the robbery. The suspect's face is visible in bus footage and is consistent with Antonio Sampson (hereinafter Sampson) (XX/XX/1985).

24.      The victim employees described the suspect as a black male, 35-40 years old, 5'7" in height, 160 pounds, bald, scruffy beard, wearing a gray hoodie with black strings, dark blue (almost black) jeans, red shoes, and armed with a black and silver firearm semi-automatic firearm held in the suspect's left hand.

25.      Jones has at least one child in common with Eddie Perkins-Bradford (DOB: XX/XX/1992). Jones and Perkins-Bradford have a paternity acknowledgement case with Milwaukee County (2015FA004484). In 2019, Perkins-Bradford had multiple Milwaukee Police Department (MPD) CAD calls involving Sampson. Upon searching MPD records, Sampson was identified as a black male who was bald and in his 30s. Sampson's Wisconsin identification card lists him as a black male, height 5'09," and 165 pounds.

26.      The Facebook page for Sampson was identified with display name "Antonio Sampson" (Facebook user ID: 100027855992021). Sampson's profile was "friends" with Facebook display name "Otw Rob Ghee" (Facebook user ID: 100064042126528) which had multiple photographs of Sampson. Photographs of Sampson from March 2021 depicted him wearing black and white Jordan tennis shoes consistent with those worn in multiple robberies and red shoes consistent with the shoes worn in the robbery at the Advance Auto Parts located at 1920 West National Avenue, in Milwaukee, Wisconsin on May 10, 2021.

27.     Two Facebook pages for Temika Edwards were identified with display names "Temika Edwards." One Facebook page listed a display name of "temika.edwards.5" (Facebook user ID: 100063775872041). The second Facebook page listed a display name of "temika.edwards.3" (Facebook user ID: 100000415616727). The profile bearing display name temika.edwards.5 was "friends" with Sampson's Facebook profile. Further, the profile bearing display name temika.edwards.3 contained a photograph of Sampson from April 2021 wearing red shoes consistent with the shoes worn in the robbery at the Advance Auto Parts located at 1920 West National Avenue, in Milwaukee, Wisconsin on May 10, 2021.

28.     The Facebook page for Jones was identified with display name "Danielletoshort Jones" (Facebook user ID: 100053173091877). In Jones' "Life Events" on her Facebook page, she is listed as in a relationship with "Dequinn Ford" since February 25, 2021. Ford's Facebook display name is "Dequinn Ford (Cash Mitch Da Demon)" with a username of cash.mitch.9 (Facebook user ID: 100006290264343).

29.     On May 12, 2021, surveillance was conducted on the Impala. DeQuinn Ford (hereinafter Ford) was identified as driving the Impala during the day. During surveillance, Ford was observed entering the Citgo gas station located at 1530 West State St, Milwaukee, WI 53233. Surveillance video was obtained from the gas station which depicts Ford inside of the gas station.

30.     On May 14, 2021, MPD responded to the address 2477 West Fond du Lac Avenue, Milwaukee, Wisconsin for a child neglect call. While MPD was at the residence, DeQuinn Ford arrived at the residence. Ford was arrested by MPD for the child neglect. During the search incident to arrest, a silver over black semi-automatic handgun was located on Ford.  Shortly after Ford's arrest, Jones also arrived at the residence while MPD was still on scene. Jones and Ford share the residence at 2477 West Fond du Lac Avenue, Milwaukee, Wisconsin. Jones provided consent to

search the residence and Impala. The following are some of the items recovered from Ford, the residence, and Impala:

a. Silver over black SCCY Industries CPX-2 9mm Luger semi-automatic handgun, SN: C074963 located on Ford;

b. One black colored box, with SCCY firearms label, SN: C027683 located under living room couch in the residence;

c. Two (2) black and brown leather holsters located behind living room couch and under living room couch cushion in the residence;

d. 14 unfired cartridges, 9mm luger, recovered from loaded magazine inside the black Adidas drawstring bag located on front passenger seat of the Impala;

e. Two (2) unfired cartridges, 9mm luger, recovered from underneath the living room couch in the residence;

f. Six (6) unfired cartridges, 9mm luger, recovered from a loaded compact size magazine located underneath the living room couch in the residence;

g. 32 unfired cartridges, 9mm luger, recovered from a loaded extended magazine located underneath the living room couch in the residence;

h. 15 unfired cartridges, 9mm luger, recovered from loaded semi-automatic handgun (SN: C074963) located on Ford;

i. 28 unfired cartridges, 9mm luger, located in ammunition box recovered from behind living room couch in the residence;

j. One (1) ProMag brand, 9mm luger magazine recovered from inside the black Adidas drawstring bag located on front passenger seat of the Impala;

k. One (1) SCCY brand, 9mm luger magazine recovered from behind the living room couch in the residence;

11

l. One (1) SCCY brand, 9mm luger magazine recovered from the end table drawer located in the living room of the residence;

m. One (1) ProMag brand, 9mm luger extended magazine recovered from underneath the living room couch in the residence;

n. 17 whole, 1 half, and 1 quarter multi-colored, multi-shaped pills weighing 3.91 grams and testing positive for methamphetamines located in a clear knotted sandwich bag inside of the black Adidas drawstring bag on top of the front passenger seat of the Impala;

o. 61 whole, 1 half, and 3 quarter multi-colored, multi-shaped pills weighing 24.63 grams and testing positive for methamphetamines located in a clear knotted sandwich bag inside of a drawer of an end table located in the living room of the residence;

p. Black digital scale with unknown white residence on metal weight plate recovered from behind the living room couch in the residence;

q. Black Adidas drawstring bag recovered from front passenger seat of the Impala;

r. "That's Smart" brand, clear, plastic sandwich bag, 150 count, in carboard box located in the end table storage area in the living room of the residence.

31.     During a custodial interview with Ford, Ford admitted to driving the Impala to the Advance Auto parts store located at 1920 West National Avenue, Milwaukee, Wisconsin on May 10, 2021. Ford stated that Sampson, whom he referred to as "Tone," wanted to rob a store and that Sampson picked that store to rob. Sampson told him that he had already robbed several auto parts stores, and he did not want to keep going to the same store because it was "hot." Ford positively identified Sampson in a booking photograph as the individual who committed the robbery on May 10, 2021. After the robbery, Ford stated that Sampson gave him and Jones approximately $300 for

12

driving him to do the robbery. Ford stated that the gun used by Sampson in the robbery belonged to Jones. When asked about the firearm found on Ford during his arrest on May 14, 2021, Ford stated that was not the firearm used during the May 10, 2021 robbery. He stated that he and Jones both purchased guns sometime between January and March 2021, and the gun used by Sampson during the robbery on May 10, 2021 was Jones'. Further, Ford stated that he was not involved in any other robberies with Sampson. Regarding the narcotics found at the 2477 West Fond du Lac Avenue, Milwaukee, Wisconsin residence, Ford stated that he takes the pills, and also sells the pills when Jones needs money. He stated that he does not sell all the time.

32.     During a custodial interview with Jones, Jones stated that she and Ford purchased two guns together earlier in 2021. Both of the firearms purchased were silver over black 9mm handguns. Jones stated they purchased the guns for protection due to the area they lived in. Jones also stated that Ford normally drives the Impala because he has a driver's license, and she does not. Jones stated that no other males drive her Impala. When shown a still photograph from the surveillance footage from May 12, 2021 at the Citgo gas station located at 1530 West State Street, Milwaukee, Wisconsin 53233, Jones positively identified Ford in the photograph.

33.     Jones initially stated that on May 10, 2021, she did not go to work and stayed at home all day. Upon further questioning, Jones admitted to leaving the residence and being in the front seat of the Impala during the armed robbery on May 10, 2021. Jones positively identified her vehicle and Sampson in a still photograph from surveillance footage from the MCTS bus video from May 10, 2021. Further, Jones stated that Ford was driving the Impala and Jones was seated in the front passenger seat. Jones stated that Sampson came to her residence located at 2477 West Fond du Lac Avenue, Milwaukee, Wisconsin, and told her and Ford that he wanted to rob a store. Sampson told her that he had been doing robberies for the past five days, and that he robbed the auto store by her house five different times. Jones stated before they left her house, she gave

13

Sampson her silver over black 9mm semi-automatic handgun to do the robbery. She stated that Sampson never gave the gun back to her, and she thinks he still has it.

34.     After the robbery, she, Ford, and Sampson went back to her residence, and Sampson was picked up by someone and left. Jones received some money from Sampson in exchange for her help in the robbery, but she was unsure how much. Jones stated that this was the only offense she was involved with, and she did not commit any other armed robbery offenses with Sampson. Regarding the narcotics recovered at the 2477 West Fond du Lac Avenue, Milwaukee, Wisconsin residence, Jones stated that Ford sells ecstasy out of her house. She stated that Ford sometimes will give her money for the sale of the drugs, but he does not constantly sell drugs.

35.     On May 17, 2021, Sampson was observed during surveillance at the address of 3608 North 9th Street, Milwaukee, Wisconsin. Following him being observed, MPD responded to the residence and physically located and arrested Sampson in the residence.  MPD obtained a search warrant for the lower unit of 3608 North 9th Street, Milwaukee, Wisconsin and located the following items:

> s.   Black and white shoes consistent with those worn in several of the robberies;
>
> t.   Red shoes consistent with those worn during the May 10, 2021 armed robbery;
>
> u.   Gray sweatshirt with black strings consistent with that worn during the May 10, 2021 armed robbery.

36.     Matrivee Temika Edwards (DOB: XX/XX/1985) was also at the residence 3608 North 9th Street, Milwaukee, Wisconsin during the search warrant. During a non-custodial interview, Edwards identified Sampson as the father of her children and occupant of the residence.

37.     Two Facebook pages for Temika Edwards were identified with display names "Temika Edwards." One Facebook page listed a display name of "temika.edwards.5" (Facebook user ID: 100063775872041). The second Facebook page listed a display name of

14

"temika.edwards.3" (Facebook user ID: 100000415616727). The profile bearing display name temika.edwards.5 was "friends" with Sampson's Facebook profile. Further, the profile bearing display name temika.edwards.3 contained a photograph of Sampson from April 2021 wearing red shoes consistent with the shoes worn in the robbery at the Advance Auto Parts located at 1920 West National Avenue, in Milwaukee, Wisconsin on May 10, 2021.

38.     During a custodial interview with Sampson, Sampson admitted to committing the armed robberies at AutoZone located at 2475 West North Avenue, Milwaukee on April 23, 2021; AutoZone located at 2477 West North Avenue, Milwaukee on April 30, 2021; and Advance Auto Parts located at 1920 West National Avenue, Milwaukee on May 10, 2021. Sampson denied involvement with the other robberies. Sampson identified DeQuinn Ford, who he knows as "Cash," to be involved in the April 23, 2021; April 30, 2021; and May 10, 2021 armed robberies. Additionally, Sampson stated that Ford told him that he has committed several armed robberies of AutoZones in Illinois and Milwaukee in the last couple of months. Sampson stated it was Ford's idea to rob the auto-parts stores. Sampson said that Ford told him what to do and the things to say when he went into the stores.

39.     Sampson stated that for the April 23, 2021 robbery, Ford drove him near a school located at 27th and North Avenue. Ford stayed in the vehicle, and Sampson went into the AutoZone located at 25th Street and North Avenue and committed the armed robbery. Sampson stated he was armed with a real, all-black firearm that he bought from his cousin. Sampson stated that for the April 30, 2021 robbery, Sampson, Ford, and "Dre" committed the robbery. Ford was the driver, and he and Dre went into the AutoZone. Sampson was armed with the same firearm he bought from his cousin. Sampson did not know Dre's real name, but is someone he knows from Milwaukee. While Sampson was on his way to the 2477 West Fond du Lac Avenue address to

15

meet Ford to do the robbery, Sampson ran into Dre. Sampson told him about the planned robbery, and Dre wanted to come with them to make some money.

40.    Regarding the May 10, 2021 robbery, Sampson stated that Ford drove him and Jones to the Advance Auto Parts in the Impala. Jones gave Sampson her silver over black firearm to use in the robbery. Sampson was in the backseat of the Impala, got out of the vehicle, crossed the street, and committed the robbery. Ford and Jones parked around the corner. Sampson fled back to the Impala following the robbery, and the three of them drove back to the 2477 West Fond du Lac Avenue residence. Sampson stated the firearms were loaded during the robberies, however, he never fired the firearms.

41.    On May 20, 2021, at approximately 6:45 p.m., the Milwaukee Police Department (MPD) responded to McDonalds located at 5739 West Silver Spring Drive, Milwaukee, Wisconsin 53218 for a child abuse or neglect call. Jones was working at the McDonalds at that time and witnessed the incident. At the time of the incident, Jones had a federal arrest warrant (21-M-402 (SCD)) for armed robbery and was taken into custody by MPD.

42.    On May 21, 2021, FBI Agents arrested Jones at the Milwaukee Police Department located at 749 West State Street, Milwaukee, Wisconsin and transported her to the United States Marshals Service located at 511 East Wisconsin Avenue, Milwaukee, Wisconsin.

IV.    **FACEBOOK INFORMATION**

43.    Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

44.    Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the

user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

45.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

46.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

47.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition,

17

Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

48.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

49.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

50.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

51.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

52.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

53.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

54.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

55.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

56.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

57.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a

19

Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

58.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

59.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

60.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

61.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

62.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows

21

investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

63.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## V.     INFORMATION TO BE SEARCHED AND ITEMS TO BE SEIZED

64.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## VI.    CONCLUSION

65.    Based on the forgoing, I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court of the Eastern District of Wisconsin is a district court of the United States that has jurisdiction over the offenses being investigated, 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

This warrant applies to information between February 10, 2021, and the present date associated with the Facebook accounts:

| Username | Facebook Identification (UID) | Facebook Display Name |
|---|---|---|
| antonio.sampson.1 | 100027855992021 | Antonio Sampson |
| cash.mitch.9 | 100006290264343 | DeQuinn Ford (Cash Mitch Da Demon) |
| Mstoshortlovingmythree | 100053173091877 | Danielletoshort Jones |

# ATTACHMENT B

## Particular Things to be Seized

**Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a.  All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

b.  All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.  All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

d.  All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

25

e.  All other records of communications and messages made or received by the user, including all encrypted or private messages, chat history, video calling history, and pending "Friend" requests;

f.  All "check ins" and other location information;

g.  All IP logs, including all records of the IP addresses that logged into the account;

h.  All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.  All information about the Facebook pages that the account is or was a "fan" of;

j.  All past and present lists of friends created by the account;

k.  All records of Facebook searches performed by the account;

l.  All audio messages sent by the account and messages received by the account;

m.  All video messages sent by the account and to the account;

n.  Any and all location data that is recorded by Facebook related to the account;

o.  All information about the user's access and use of Facebook Marketplace;

p.  The types of service utilized by the user;

q.  The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

r.  All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

s.  All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**Information to be seized by the government**

All information described above that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery), 924(c) (use and brandishing of a firearm during a crime of violence) and 2, and 371 (conspiracy to commit Hobbs Act robbery); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute methamphetamine) and 856(a)(1) (maintaining drug-involved premises); and Title 18, United States Code, 924(c) (possession of a firearm in furtherance of drug trafficking) since February 10, 2021, to the present, including, for each user ID identified on Attachment A, information pertaining to the following matters:

a. The relevant offense conduct, any preparatory steps taken in furtherance of the scheme, communications between the suspects and others related to the relevant offense conduct in the above-listed crimes, communications related to travel, and communications related to the purchase of firearms or any other property;

b. Photographs or videos of firearms, ammunition, firearm accessories, narcotics, drug paraphernalia, or clothing in the suspect(s) possession or subject to the above-listed crimes;

c. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

d. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

e. The identity of the person(s) who communicated with the user ID about matters relating to relevant offense conduct of the above-listed crimes, including records that help reveal their whereabouts.